JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CHARLES WESLEY GEORGE, | ) | No. CV 12-2716-CJC(CW) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| v. | ) | |
| | ) | |
| THE PEOPLE OF THE STATE OF CALIFORNIA, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

     **IT IS ADJUDGED** that this action is dismissed without prejudice.

DATED: April 9, 2012

_____
          CORMAC J. CARNEY
     United States District Judge